[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 8, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-16490
Non-Argument Calendar

_____

D. C. Docket No. 06-20069-CR-CMA

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MAX BACAL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(June 8, 2007)**

Before WILSON, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Miguel Caridad, appointed counsel for Max Bacal, has filed a motion to

withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals counsels' assessment of the relative merit of the appeal is correct.  Independent examination of the entire record reveals no arguable issues of merit, therefore, counsel's motion to withdraw is **GRANTED**, and Bacal's conviction and sentence are **AFFIRMED**.